```
                   UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF TENNESSEE
                        NASHVILLE DIVISION

JOSEPH F. MANSFIELD,              )
                                  )
        Plaintiff,                )
                                  )
           v.                     )   Case No.: 3:13-cv-0228
                                  )   Judge Campbell/Brown
THE HOME DEPOT, U.S.A., INC.,     )   Jury Demand
                                  )
        Defendant.                )
```

**O R D E R**

In view of the telephone conference held on May 19, 2014, before the Magistrate Judge, and the continuance of the trial date by the District Judge (Docket Entry 50), the telephone conference set for June 2, 2014 (Docket Entry 28), to discuss alternative dispute resolution and case progress, is **CANCELED**.

It is so **ORDERED**.

                                    /s/ Joe B. Brown
                                    JOE B. BROWN
                                    United States Magistrate Judge