UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH F. MANSFIELD, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:13-cv-0228 |
| | ) Judge Campbell/Brown |
| THE HOME DEPOT, USA, INC., | ) |
| Defendant. | ) |

## **O R D E R**

The undersigned hereby **RECUSES** himself from further proceedings in this case. Accordingly, the Clerk is **DIRECTED** to reassign this matter to another Magistrate Judge.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge